UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                    2:09-cr-13-FtM-29SPC

MICHELLE MCKAY

_____

**OPINION AND ORDER**

On June 24, 2009, United States Magistrate Judge Sheri Polster Chappell submitted a Report and Recommendation (Doc. #68) to the Court recommending that Defendant's Motion to Suppress Evidence (Doc. #53) be denied.  On July 13, 2009, counsel for defendant advised the Court at the status conference that no objections would be filed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990) (quoting

H.R. 1609, 94th Cong. § 2 (1976)). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

After reviewing the Report and Recommendation and the transcript of the evidentiary hearing (Doc. #65), the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge. Accordingly, the Court will adopt the Report and Recommendation and will deny the motion to suppress evidence.

Accordingly, it is now

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. #68) is **accepted and adopted,** and it is specifically incorporated into this Order.

2. Defendant's Motion to Suppress Evidence (Doc. #53) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __14th__ day of July, 2009.

JOHN E. STEELE
United States District Judge

Copies:
Magistrate Judge
Counsel of Record
DCCD

-2-